# United States Court of Appeals
## For the First Circuit

No. 03-1806

MARGARITA RIVERA CASTILLO, CARLOS T. RAVELO GUERRERO,
AND CONJUGAL PARTNERSHIP RAVELO-RIVERA

Plaintiffs, Appellees,

v.

AUTOKIREY, INC. D/B/A AUTOCENTRO TOYOTA,

Defendant, Appellant.

ERRATA

The opinion of this court issued August 11, 2004 should be amended as follows:

On the cover page in the second paragraph listing the attorneys, delete "with whom Edificio Asociacion de Maestros was on brief,".

On page 24, line 8, delete "Each party shall bear its own costs." and insert:

> Pursuant to 49 U.S.C. § 32710(b), we direct the district court to award attorney's fees and costs related to this appeal in an appropriate amount. 49 U.S.C. § 32710(b) (in "[c]ivil actions by private persons" brought to enforce the Odometer Act, "[t]he court shall award costs and a reasonable attorney's fee to the person when a judgment is entered for that person").